ROSINA SALZA and ELIZIARIO SALZA, Administrators of TOMMASO SALZA, Deceased, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Irrespective of the notice to passengers which prohibited them from standing or riding on the platforms of cars, we are of opinion that plaintiffs failed to show that defendant negligently operated the train. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SCHNEIDER, SHANOFSKY & SEIDMAN, INC., Respondent, v. MORRIS SIGMAN, as President, etc., and Others, Appellants.— Order denying defendants' motion to dismiss complaint and to strike out parties defendant, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

OSCAR SEABERG, Respondent, v. HUGH J. DUFFY, Appellant.— Judgment and order denying motion to set aside verdict and for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JOHN SCHWEEN, Appellant, v. THE FIRST CHURCH OF CHRIST, SCIENTIST, IN BOSTON, MASSACHUSETTS, etc., Respondent, and Another, Defendant.— Order granting motion to compel reply affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young and Kapper, JJ., concur; Manning and Lazansky, JJ., dissent.

KENNEDY VAN SAUN MANUFACTURING AND ENGINEERING CORPORATION, Respondent, v. SAR VANT WEATHERDON CO., INC., and Others, Defendants. CAPITAL CITY SURETY COMPANY and MARY T. CLEARY and MARY C. O'NEILL, as Executrices, etc., of PETER CLEARY, Deceased, Appellants.— Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARIE VARECKA, as Administratrix, etc., of JOHN VARECKA, Deceased, Respondent, v. JOHN T. STANLEY CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JOHN F. WAKELY, Respondent, v. MORRIS SIMON, Defendant. MILDRED A. SIMON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ELIZABETH WALSH, Respondent, v. GUISEPPE CACCIOPO and FREDERICK J. KEINATH, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CLINTON H. WALKER, Respondent, v. CARL O. CARLSON, Appellant, and Others, Defendants.— Judgment and order denying motion to set aside verdict and for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

DAISY WEIL, Respondent, v. KAZMES SAMASZKO, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. This court is of opinion that final determination upon the law should await the development of the facts upon the trial. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.